USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   10/20/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PEDRO GONZALEZ RODRIGUEZ,**

**Plaintiff,**

-against-

**RYAN MCCORMACK and ANFIELD INTERIORS INC.,**

**Defendants.**

---

**20-cv-4909 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, all pending deadlines are ADJOURNED *sine die*. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than November 19, 2020.

**SO ORDERED.**

**Dated**:   October 20, 2020
         New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**